1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| AHMAD YAHAI ABUALSUNDOS, | Case No. 2:17-CV-08123-GJS |
|---|---|
| Plaintiff | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: September 21, 2018

_____

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE